Richard G. Grotch, Esq. – SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027

**ATTORNEYS FOR** Defendant
SANDOVAL FOOD CORPORATION, a California
corporation d/b/a BROILER EXPRESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>             Plaintiff,<br><br>vs.<br><br>SANDOVAL FOOD CORPORATION, a California corporation d/b/a BROILER EXPRESS, MAN SUNG MOON, an individual, AU JU MOON, an individual; and DOES 1-20,<br><br>             Defendants. | Case No.   C 15-4914 EJD<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  Outside of the terms of the Mutual Settlement Agreement and Release ("Agreement") to which the parties are signatories, each party is to bear his, her or its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. See *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994) (empowering district courts to enforce settlement agreements under their inherent supervisory powers).

///

///

///

1

SO STIPULATED.

Dated: June 10, 2016                         LAW OFFICE OF KENNETH J. PINTO

/s/ *Kenneth J. Pinto*

By: _____
Kenneth J. Pinto
Attorneys for Plaintiff
Richard Johnson

Dated: June 7, 2016                          JK LAW FIRM, APC

/s/ *Charles Ludd*

By: _____
Charles Ludd
Attorneys for Defendant
Ju Ah Moon

Dated: June 16, 2016                         CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

By: _____
Richard G. Grotch(*)
Attorneys for Defendant
Sandoval Food Corporation, a California
corporation d/b/a Broiler Express

(*) I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

///

///

1  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for purposes of
2  enforcing the Mutual Settlement Agreement and Release should such enforcement be
3  necessary.
4  SO ORDERED.
5  
6  Dated: June __, 2016
   _____
   Honorable Edward J. Davila
7  United States District Judge